# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE: Brendan P. McWilliams** )
)
) **Bankruptcy No. 12 B 30990**
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on  February 27, 2014 at 10:30 a.m.  in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Andrew J. Maxwell is to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 10, 2014

In re: Brendan P. McWilliams
Bankruptcy No. 12 B 30990

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on January 10, 2014, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

represented by Thomas W Lynch
Thomas W Lynch & Associates PC
9231 S Roberts Rd
Hickory Hills, IL 60457
Email: twlpc@worldnet.att.net

Trustee
Andrew J Maxwell, ESQ
Maxwell & Potts, LLC
105 West Adams Street
Suite 3200
Chicago, IL 60603

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

Debtor
Brendan P. McWilliams
11118 S. Christiana Ave
Chicago, IL 60644