UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
MCWILLIAMS, BRENDAN P.  §   Case No. 12-30990
        §
        §
    Debtor(s)  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    CLERK OF THE U.S. BANKR. CT
    219 S. DEARBORN STREET
    7TH FLOOR
    CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/27/2015 in Courtroom 682,

    United States Courthouse
    219 South Dearborn Street
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/30/2014     By: /s/ Andrew J. Maxwell
                                                                             Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MCWILLIAMS, BRENDAN P. § Case No. 12-30990
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,250.00 |
| and approved disbursements of | $ | 2,876.62 |
| leaving a balance on hand of[1] | $ | 3,373.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 962.50 | $ 0.00 | $ 913.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 2,410.00 | $ 0.00 | $ 2,286.05 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 183.78 | $ 0.00 | $ 174.33 |
| Auctioneer Fees: AMERICAN AUCTION ASSOCIATES, INC | $ 466.62 | $ 466.62 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 3,373.38 |
| Remaining Balance | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,868.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Portfolio Recovery Associates, LLC | $ 25,868.19 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Brendan P. McWilliams  
     Debtor

Case No. 12-30990-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1   User: ccabrales   Page 1 of 1   Date Rcvd: Jan 05, 2015  
                     Form ID: pdf006   Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2015.

```
db          +Brendan P. McWilliams,    11118 S. Christiana Ave,    Chicago, IL 60655-2703
aty         +Maxwell Law Group LLC,    105 West Adams Suite 3200,    Chicago, IL 60603-6209
19277484     Bank of America,    Bankruptcy Department,    PO Box 17220,    Baltimore, MD 21297-1220
19277485    +Chase,    Bankruptcy Department,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
19277486     Chase Home Finance,    Bankruptcy Department,    PO Box 24696,    Columbus, OH 43224-0696
19277487    +CitiBank South Dakota,    C/O Blitt & Gaines,    661 Glenn Ave,    Wheeling, IL 60090-6017
19277488     Kerry (Peterson) Bryant,    7845 S. 86th Ave, Apt 315,    Justice, IL 60458
22107691   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    US Bank NA ND,
               (Harley-Davidson),    POB 41067,    Norfolk, VA 23541)
19277489     State Disbursment Unit,    PO Box 5400,    Carol Stream, IL 60197-5400
19277490   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    Bankruptcy Department,    PO Box 790408,
               Saint Louis, MO 63179-0408)
19277491    +Wells Fargo Home Mortgage,    Attn: Bankruptcy Dept,    3476 Stateview Blvd,
               Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2015                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2014 at the address(es) listed below:

```
          Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Heather M Giannino    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas W Lynch    on behalf of Debtor Brendan P. McWilliams twlpc@worldnet.att.net
                                                                                            TOTAL: 6
```