UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MCWILLIAMS, BRENDAN P. §    Case No. 12-30990
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter       on                    . The case was pending for      months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BRENDAN MCWILLIAMS |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Home Finance Bankruptcy Department PO Box 24696 Columbus, OH 43224-0696 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance Bankruptcy Department PO Box 24696 Columbus, OH 43224-0696 | | | | | |
| | Wells Fargo Home Mortgage Attn: Bankruptcy Dept 3476 Stateview Blvd Fort Mill, SC 29715 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kerry (Peterson) Bryant;7845 S. 86th Ave, Apt 315;Justice, IL 60458 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Bankruptcy Department PO Box 17220 Baltimore, MD 21297-1220 | | | | | |
| | Bank of America Bankruptcy Department PO Box 17220 Baltimore, MD 21297-1220 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bankruptcy Department 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Chase Bankruptcy Department 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Chase Bankruptcy Department 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | CitiBank South Dakota C/O Blitt & Gaines 661 Glenn Ave Wheeling, IL 60090 | | | | | |
| | US Bank Bankruptcy Department PO Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| 000001 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-30990 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MCWILLIAMS, BRENDAN P. | | | Date Filed (f) or Converted (c): | 08/03/12 (f) |
| | | | | 341(a) Meeting Date: | 10/02/12 |
| For Period Ending: | 02/27/15 | | | Claims Bar Date: | 06/30/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence located at 11118 S. Christ | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. Gutted property located at 302 Green Street, Three | 18,000.00 | 0.00 | | 0.00 | FA |
| 3. Pocket cash | 50.00 | 50.00 | | 0.00 | FA |
| 4. Checking account at Chase | 200.00 | 0.00 | | 0.00 | FA |
| 5. Savings account at Chase | 100.00 | 100.00 | | 0.00 | FA |
| 6. Credit Union account at Chicago Patrolman Credit U | 200.00 | 200.00 | | 0.00 | FA |
| 7. Bedroom furniture, living room furniture, kitchen | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Personal clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9. Police Issued firearms used for employment | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Term life insurance with CPD; no cash value | 1.00 | 0.00 | | 0.00 | FA |
| 11. Pension with CPD 100% Exempt | 1.00 | 0.00 | | 0.00 | FA |
| 12. 2002 Harley Eletraglide The Debtor primarily uses | 7,900.00 | 5,500.00 | | 6,250.00 | FA |
| 13. 1997 Dodge Ram with 134k miles in fair condition | 2,500.00 | 0.00 | | 0.00 | FA |
| 14. 1992 Plymouth Voyager with 210k miles; in poor con | 500.00 | 500.00 | | 0.00 | FA |
| 15. 1976 Lincoln Mark4 with 84k miles; does not run | 500.00 | 500.00 | | 0.00 | FA |
| 16. 1994 Lincoln Mark8 with 92k miles; in fair conditi | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 17. 1991 Jeep Wrangler with 123k miles in fair conditi | 1,700.00 | 1,700.00 | | 0.00 | FA |
| 18. 1989 Jaguar XJS; does not run | 500.00 | 500.00 | | 0.00 | FA |
| 19. 1987 John Deere/Pace Arrow motor home in poor cond | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 20. 1974 Cruiser Bonanza Camper in average condition | 1,200.00 | 1,200.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $189,052.00 | $13,250.00 | | $6,250.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-30990  JBS  Judge: JACK B. SCHMETTERER | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MCWILLIAMS, BRENDAN P. | Date Filed (f) or Converted (c): 08/03/12 (f) |
| | | 341(a) Meeting Date: 10/02/12 |
| | | Claims Bar Date: 06/30/14 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Harvey Davison motorcycle non exempt

filed initial asset report

Motorcycle sold August 2014

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-30990 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MCWILLIAMS, BRENDAN P. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8736 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9252 | | | |
| For Period Ending: | 02/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/16/14 | 12 | AMERICAN AUCTION ASSOCIATES, INC<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | 2002 Harvey Davidson | 1129-000 | 6,250.00 | | 6,250.00 |
| 09/17/14 | 010001 | AMERICAN AUCTION ASSOCIATES, INC<br>508 WEST BRITTANY DRIVE<br>ARLINGTON HEIGHTS, IL 60004 | TOTAL EXPENSES<br>02 HARLEY DAVIDSON | 3610-000 | | 466.62 | 5,783.38 |
| * 09/17/14 | 010002 | BRENDAN P. MCWILLIAMS | EXEMPTION CHECK | 8100-003 | | 2,400.00 | 3,383.38 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,373.38 |
| * 12/23/14 | 010002 | BRENDAN P. MCWILLIAMS | EXEMPTION CHECK VOIDED | 8100-003 | | -2,400.00 | 5,773.38 |
| 12/24/14 | 010003 | BRENDAN MCWILLIAMS<br>11118 S. CHRISTIANA AVE<br>CHICAGO, IL 60644 | Exemption payment | 8100-000 | | 2,400.00 | 3,373.38 |
| 01/28/15 | 010004 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>c/o 1/27/2015 | 2100-000 | | 913.00 | 2,460.38 |
| 01/28/15 | 010005 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney Fees and Expenses<br>c/o 1/27/2015 | | | 2,460.38 | 0.00 |
| | | | Fees   2,286.05 | 3110-000 | | | |
| | | | Expenses   174.33 | 3120-000 | | | |

Page Subtotals       6,250.00       6,250.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-30990 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MCWILLIAMS, BRENDAN P. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8736  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9252 | | | |
| For Period Ending: | 02/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| | COLUMN TOTALS | | 6,250.00 | 6,250.00 | 0.00 |
| | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 6,250.00 | 6,250.00 | |
| | Less:  Payments to Debtors | | | 2,400.00 | |
| | Net | | 6,250.00 | 3,850.00 | |
| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | TOTAL - ALL ACCOUNTS | | | | |
| | Checking Account (Non-Interest Earn - *******8736 | | 6,250.00 | 3,850.00 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 6,250.00 | 3,850.00 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00          0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*